ARTHUR L. SHINGLER III
SCOTT & SCOTT, LLP
600 B Street, Ste. 1500
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508

JACOB B. PERKINSON
JOHNSON & PERKINSON
P.O. Box 2305
1690 Williston Road
S. Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060
*Pro Hac Vice* pending

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. DEITZ, on behalf of himself and all individuals similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS CORPORATION, INC.,<br><br>　　　　　　Defendants. | **Case No.: C-06-6352 WHA**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE UNDER L.R. 7-7(b)** |

Case 3:06-cv-06352-WHA Document 15 Filed 12/06/2006 Page 1 of 5

1    NOW COME Plaintiffs and Defendants and, pursuant to L.R. 7-7(b)(1), hereby
2 stipulate to continue the hearing date in this matter, currently scheduled for December 7, 2006.
3 The parties have not previously stipulated to continue the hearing date.

4    This Stipulation is made at the request of Plaintiffs' Counsel, Jacob B. Perkinson, based
5 on the fact that he misunderstood the date for which this matter was scheduled. The matter was
6 originally scheduled for November 30, 2006, but that date was changed due to the Court's
7 schedule. Mr. Perkinson mistakenly believed that the new date was January 18, 2007, which
8 was noted on his calendar as a hearing date for this case. That date, however, was the date for
9 the Initial Case Management Conference in this matter.

10    Mr. Perkinson learned of his mistake late in the day on December 6, 2006, when he
11 contacted Defendant's counsel to initiate discussions on ADR procedures and initial
12 disclosures. In the context of this conversation, Mr. Perkinson learned of his mistake and
13 attempted to make travel arrangements to arrive in San Francisco by 8:00 a.m. on December 7,
14 2006, but, given the late hour, no transportation was available to accomplish this. Mr.
15 Perkinson submits his sincerely humble apologies for the inconvenience occasioned by his
16 mistake.

17    The parties stipulate that this matter may be scheduled for hearing on December 14,
18 2006 at 8:00 a.m.

20 Dated: December 6, 2006                              Respectfully submitted,

22                                                      /s/ Arthur L. Shingler III
                                                        ARTHUR L. SHINGLER III (181719)

23                                                      Arthur L. Shingler III
24                                                      SCOTT & SCOTT, LLP
                                                        600 B Street, Ste. 1500
25                                                      San Diego, CA 92101
                                                        Tel: (619) 233-4565
26                                                      Fax: (619) 233-0508

27                                                      *Local Counsel for Plaintiff*

- 1 -

| | |
|---|---|
| 1 | Jacob B. Perkinson |
| 2 | JOHNSON & PERKINSON<br>P.O. Box 2305 |
| 3 | 1690 Williston Road<br>S. Burlington, VT 05403 |
| 4 | Tel: (802) 862-0030<br>Fax: (802) 862-0060 |
| 5 | *Pro Hac Vice* pending |
| 6 | *Attorney for Plaintiff* |
| 7 | Dated: December 6, 2006  Respectfully submitted, |
| 8 |   /s/ France Jaffe |
| 9 | Joseph Escher III |
| 10 | France Jaffe, Esq.<br>DECHERT, LLP |
| 11 | One Market, Steuart Tower<br>Suite 2500 |
| 12 | San Francisco, CA  94105-1126<br>Tel: (415) 262-4500 |
| 13 | Fax: (415) 262-4555 |
| 14 | *Attorney for Defendant* |

- 2 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. DEITZ, on behalf of himself and all individuals similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS CORPORATION, INC.,<br><br>Defendants. | **Case No.: C-06-6352 WHA**<br><br>**ORDER ON STIPULATION FOR CONTINUANCE UNDER L.R. 7-7(b)** |

UPON Consideration of the parties' Stipulation for Continuance, it is hereby ORDERED that this matter is continued and shall be scheduled for hearing on December 14, 2006 at 8:00 a.m.

Dated this 7 day of December, 2006.

_____
Hon. William H. Alsup
U.S. District Court Judge

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. I hereby attest that France Jaffe has concurred in this filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing or by mail as required by the Court's CM/ECF rules. Parties may access this filing through the Court's CM/ECF System.

                                                                               /s/ Arthur L. Shingler III
ARTHUR L. SHINGLER III (181719)