1  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
2  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
3  DECHERT LLP
   One Market, Steuart Tower
4  Suite 2500
   San Francisco, California 94105-1126
5  Telephone:  415.262.4500
   Facsimile:  415.262.4555
6
   Attorneys for Defendants
7  COMCAST CORPORATION and COMCAST
   CABLE COMMUNICATIONS, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 | ANDREW J. DEITZ, individually and on behalf of all others similarly situated, | Case No. C-06-6352 WHA |
|---|---|
| Plaintiff, | Action Filed: September 11, 2006 |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, INC., | Current CMC Date: January 18, 2007<br>Continued CMC Date: February 22, 2007 |
| Defendants. | Judge: Honorable William H. Alsup |

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

The parties have met and conferred and stipulate to continue the initial case management conference currently scheduled for January 18, 2007 until February 22, 2007. The parties believe that discussions concerning the scope of discovery, case management, and alternative dispute resolution will be more productive after they are able to evaluate the impact of this Court's Order on the motion to dismiss, any revised pleadings, and defendants' answer thereto.

Dated: December __, 2006        DECHERT LLP
                                H. JOSEPH ESCHER III
                                FRANCE JAFFE


                                By:        /S/
                                    H. JOSEPH ESCHER III
                                    Attorneys for Defendants
                                    COMCAST CORPORATION and
                                    COMCAST CABLE
                                    COMMUNICATIONS, INC.


Dated: December __, 2006        JOHNSON & PERKINSON
                                JACOB B. PERKINSON


                                By:_____
                                    JACOB B. PERKINSON
                                    Attorneys for Plaintiff
                                    ANDREW J. DEITZ

## [PROPOSED] ORDER

For good cause shown, the initial case management conference currently scheduled for January 18, 2007 is continued until February 22, 2007. All deadlines scheduled in the Case Schedule filed on October 11, 2006, are extended accordingly. There will be no further continuances.

DATED: December 14, 2006

_____
HON. WILLIAM H. ALSUP
JUDGE

IT IS SO ORDERED
Judge William Alsup