IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. DEITZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, INC., <br><br> Defendants. | No. C 06-06352 WHA <br><br> **ORDER SETTING HEARING** |

There will be a hearing at **10:00 A.M. ON FRIDAY, MAY 18, 2007**, in Courtroom No. 9 on the motion to compel the deposition of Ms. Deitz. Counsel from out of the district may attend by telephone. Counsel should be prepared to commence the deposition tomorrow immediately after the hearing if the motion to compel is granted. Out-of-district counsel may call in at (415) 522-3685 this one time only for this hearing.

**IT IS SO ORDERED.**

Dated: May 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE