United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. DEITZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, INC.,<br><br>  Defendants.<br>_____ / | No. C 06-06352 WHA<br><br>**ORDER RE AMENDED COMPLAINT** |

Plaintiff has filed a second amended complaint. Defendants have filed an informal letter objecting to this filing. Because defendants' letter is not a properly noticed motion, the Court will rule on the propriety of plaintiff's revised pleading if and when defendants file a formal motion to strike or other appropriate motion.

**IT IS SO ORDERED.**

Dated: June 1, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE