1  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
2  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
3  DECHERT LLP
   One Maritime Plaza
4  Suite 2300
   San Francisco, California  94111-3513
5  Telephone:   415.262.4500
   Facsimile:    415.262.4555
6
   Attorneys for Defendants
7  COMCAST CORPORATION and COMCAST
   CABLE COMMUNICATIONS, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW J. DEITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. C-06-6352 WHA<br><br>[~~PROPOSED~~] ORDER GRANTING FEES COMCAST INCURRED IN OPPOSING MOTION TO QUASH DEPOSITION SUBPOENA |

1  WHEREAS plaintiff's motion to quash the deposition subpoena Comcast caused
2 to be served on Stephanie Deitz came on for hearing on May 18, 2007;
3  WHEREAS the Court found that plaintiff's objection to Mrs. Deitz's deposition
4 was frivolous and ordered plaintiff to pay defense counsel's expenses for the hearing;
5  WHEREAS defense counsel submitted a declaration regarding the expenses she
6 incurred in relation to plaintiff's motion; and,
7  WHEREAS the Court finds that the expenses itemized by defense counsel are
8 reasonable;
9  IT IS HEREBY ORDERED THAT plaintiff's counsel pay defense counsel's
10 expenses in the amount of $534.
11  Payment shall be made by check to Comcast Corporation within 30 days of this
12 Order.
13  IT IS SO ORDERED.

15 Dated: June 7, 2007

Honorable William H. Alsup

17 12789508.LITIGATION

- 1 -

[PROPOSED] ORDER GRANTING FEES        C-06-6352 WHA