IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW J. DEITZ, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, INC.,

    Defendants.

No. C 06-06352 WHA

**NOTICE RE HEARING**

At the hearing on July 5, 2007, the parties should also be prepared to address defendants' motion to strike the complaint.

**IT IS SO ORDERED.**

Dated: July 3, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE